IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BROADCAST MUSIC INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:12-CV-00395 |
| | § | |
| BIG CYPRESS TAVERN SOCIAL CLUB, | § | |
| INC. D/B/A BIG CYPRESS TAVERN | § | |
| AND GARY P. LOYD, INDIVIDUALLY, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court enters this Order *sua sponte*. On December 4, 2012, the Court held a hearing on Plaintiffs Broadcast Music Inc., *et al.*'s ("Plaintiffs"), Motion for Default Judgment (Dkt. No. 12). During the hearing, the Court **ORDERED** *sua sponte* that the claims against each Defendant be **SEVERED** into two separate causes of action. In regard to Plaintiffs' claims against Defendant Gary P. Loyd, individually ("Loyd"), Plaintiffs and Loyd are instructed to file any future filings in this, the first-filed case. In regard to Plaintiffs' claims against Defendant Big Cypress Tavern Social Club ("Big Cypress Tavern"), Plaintiffs and Big Cypress Tavern are instructed to file any future filings in the newly-created severed action.

**So ORDERED and SIGNED this 4th day of December, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE